AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 12 2014

BY _____ DEPUTY
ARTHUR JOHNSTON

| United States of America | ) |
| v. | ) |
| Steve Agustus Harris, Jr. | ) Case No. 3:14 mj 110-LRA |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 18, 2014 _____ in the county of _____ Hinds _____ in the
_____ Southern _____ District of _____ Mississippi _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Agent Sylvester Houston II.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 12, 2014

_____
*Judge's signature*

City and state: _____ Jackson, Mississippi _____

Linda R. Anderson, United States Magistrate Judge
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
AFFIDAVIT IN SUPPORT OF COMPLAINT

On Friday, January 17, 2014, Jackson District Office HIDTA Group received a call from the El Paso Division Office / Albuquerque, New Mexico in reference to a black male identified as Steve Agustus HARRIS Jr. The Jackson District Office HIDTA Group received intelligence that HARRIS was traveling from Albuquerque, New Mexico to Jackson, Mississippi via Amtrak train #59. The intelligence also included that HARRIS, via his luggage was in possession of a large amount of marijuana. Jackson HIDTA Group also learned that HARRIS would be arriving at the Jackson, MS Amtrak train station at approximately 11:00 a.m., on Saturday, January 18, 2014.

On Saturday, January 18, 2014, at approximately 10:30 a.m., agents from the Jackson District Office HIDTA Group along with agents from the Jackson Police Department Narcotic Unit established ground surveillance inside and outside the Amtrak train station located at 300 W. Capitol Street Jackson, Mississippi 39269.

At approximately 1:05 p.m., GS Watson along with TFO Sylvester Houston II and TFO James Barnes observed a black male fitting the physical description of HARRIS exit the train carrying luggage (Blue Roller Bag) that also fit the description given to agents by DEA agents in Albuquerque, New Mexico. At this time, GS Watson and TFO Houston approached HARRIS while identifying themselves verbally and by displaying their law enforcement credentials. HARRIS stopped and agreed to talk with GS Watson and TFO Houston. During this time, GS Watson informed HARRIS that DEA had received information that someone fitting his description was carrying illegal drugs inside their luggage. HARRIS immediately stated that he was not in possession of any illegal drugs. GS Watson asked HARRIS if he had any form of identification on his person. HARRIS provided GS Watson with a State of California Driver's License #B6380264 that fully identified HARRIS as Steve Agustus HARRIS Jr. DOB: 01/08/1977. After confirming HARRIS' identification with intelligence received from Albuquerque, New Mexico, GS Watson asked HARRIS for Consent to Search his luggage. HARRIS agreed and gave GS Watson verbal consent.

While still located on the train station's platform, GS Watson briefly searched one piece of HARRIS' luggage. During the search, GS Watson observed a white bundle type object wrapped in plastic. GS Watson immediately asked HARRIS to identify the contents inside the bundle. HARRIS responded by saying "I don't have no white bundle in my luggage." During this time GS Watson showed HARRIS the white bundle object at which time HARRIS responded "These cats got on the train who were looking suspicious, I bet they put that in my luggage." GS Watson asked HARRIS if he would, along with his luggage walk with agents from the train station platform to a more secured area, where agents could conduct a more thorough search of his luggage and better inspect the white bundle type object. HARRIS agreed, at which time, agents move to a secured room located inside the Amtrak station.

Once inside the secured room, TFO Houston further inspect the white bundle object which revealed (13) individual small Ziploc plastic bags, each bag contained a white rock type substance. TFO Houston also discovered inside the white bundle object was two plastic Ziploc bags, each containing a greenish leaf type substance. TFO Nelson conducted a field test on the white rock type substance which tested positive for methamphetamine. TFO Nelson also field tested the greenish leaf type substance which tested positive for marijuana. HARRIS was then arrested and transported to the Jackson District Office, where HARRIS was processed and interviewed.

While at the Jackson District Office, agents conducted a thorough inspection of a large wax candle contained in glass that was located inside HARRIS' luggage. After further inspection, it was determined that the candle's wax appeared to have been melted and reset. TFO Houston as witnessed by TFO Gerondrick Cole broke the glass candle and wax to discover two duct taped bundles secreted inside the candle wax. One of the two duct taped bundles consisted of two Ziploc plastic bags each containing a white rock type substance. The second duct taped bundle consisted of one vacuum sealed freezer bag that contained a white rock type substance. TFO Nelson field tested all three plastic bags, which all tested positive for methamphetamine.

Task Force Officer Sylvester Houston

Sworn and subscribed before me on this the _12th_ day of February, 2014.

Linda R. Anderson
United States Magistrate Judge